758 A.2d 644

IN THE MATTER OF DANNY M. VNENCHAK,
AN ATTORNEY AT LAW.

September 20, 2000.

### ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **DANNY M. VNENCHAK** of **ROCKA-WAY,** who was admitted to the bar of this State in 1985, and who thereafter was temporarily suspended from the practice of law by Order of this Court dated September 5, 1997, and who remains

suspended at this time, be disbarred for knowingly misappropriating client funds in violation of *RPC* 1.15 and *RPC* 8.4(c);

And **DANNY M. VNENCHAK** having been ordered to show cause on September 12, 2000, why he should not be disbarred or otherwise disciplined, and respondent having failed to appear on the return date of the Order to Show Cause;

And good cause appearing;

It is ORDERED that **DANNY M. VNENCHAK** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **DANNY M. VNENCHAK** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.